IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANDRO VUKOSAVLJEVIC, | : | Civil No. 3:18-cv-1235 |
| | : | |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| CRAIG A. LOW, WARDEN, | : | |
| | : | |
| Respondent | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

AND NOW, to wit, this __ day of December 2018, upon consideration of the Petition for Writ of Habeas Corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Petitioner's motion (Doc. 9) to expedite is GRANTED.

2. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DENIED without prejudice.

3. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

/s/
JUDGE JAMES M. MUNLEY
United States District Court